7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAVID ALLEN CHANDLER, et al. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-214 |
| | § | |
| WACKENHUT CORRECTIONAL, et al. | § | |

## ORDER OF DISMISSAL

The following Plaintiffs in the above entitled cause, have failed to pay the filing fee necessary to proceed in *forma pauperis*, as required by notice from the Clerk dated November 16, 1998:

    Jose H. Contreras (Prisoner # 788907),

    Roger Alvarez (Prisoner # 787456),

    Oscar Estrada,

    Armando Morin (Prisoner # 786354),

    Billy Jack Johnson (Prisoner # 770194),

    Carlos Flores (Prisoner # 760141),

    Rene Padilla (Prisoner # 775507),

    Collins Alleman (Prisoner # 770193),

    Rudy Gonzalez,

    and Cesar Augusto Diaz-Rodriguez (Prisoner # 788906).

Plaintiff Collins Alleman filed a Motion for Voluntary Dismissal (Docket No. 6) on December 11, 1998. The other Plaintiffs failure to pursue this action forces this court to

conclude that they lack due diligence.

Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, Federal Practice § 41.51(3)(b) & (e) (3d ed. 1998). The Plaintiffs are advised, however, that upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

Accordingly, it is ORDERED that this action be DISMISSED without prejudice for want of prosecution.

The Clerk shall provide copies to Ambers Rivers, TDCJ Litigation Support, P.O. Box 13084, Austin, Texas 78711; and the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629.

SIGNED at Brownsville, Texas, on this \_\_\_4th\_\_\_ day of \_\_\_FEBRUARY\_\_\_, 1999.

Filemon B. Vela
United States District Judge